# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

**Telephone: (518) 449-2043**
**Facsimile: (518) 449-2473**

**For payments Only:**
**P.O Box 1918**
**Memphis, TN  38101-1918**

November 15, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-13519                    Adrian L. Crisp

To Whom It May Concern:

　　　Enclosed please find check #922059 in the amount of $4,873.76. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

　　　　　Debtor Refund:　　　Adrian L. Crisp
　　　　　　　　　　　　　　　1340 Van Antwerp Blvd.
　　　　　　　　　　　　　　　Niskayuna, NY 12309

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

CLERK OF THE
BANKRUPTCY COURT
N.D. OF N.Y.
ALBANY

2010 NOV 16  PM 12: 05

REC'D & FILED